**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jason Dwayne SIRKEL, Defendant–
Appellant.**

No. 06–40417
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 2006.

Ernest Gonzalez, U.S. Attorney's Office, Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Thomas Scott Smith, Smith & Smith, Sherman, TX, Jason Dwayne Sirkel, Texas Department of Criminal Justice, Tennessee Colony, TX, for Defendant–Appellant.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jason Dwayne Sirkel has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sirkel has raised several arguments in response to counsel's *Anders* motion.

Our independent review of the brief, Sirkel's response, and the record discloses no nonfrivolous issue. Regarding Sirkel's claim that he received ineffective assistance of counsel at trial, we see no reason to depart from our general practice of not reviewing ineffective-assistance-of-counsel claims on direct appeal. *See United States v. Valuck*, 286 F.3d 221, 229 (5th Cir.2002).

Counsel's motion for leave to withdraw is GRANTED; counsel is excused from further responsibilities herein; and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.